**Petition for Writ of Prohibition Dismissed and Memorandum Opinion filed March 22, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00178-CR
_____

### IN RE DEANDRE DYNELL DEBOEST, Relator

**ORIGINAL PROCEEDING**
**WRIT OF PROHIBITION**
**262nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1737576**

## MEMORANDUM OPINION

On March 14, 2022, relator Deandre Dynell Deboest filed a petition for writ of prohibition in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to prohibit the Honorable Lori Chambers Gray, presiding judge of the 262nd District Court of Harris County, "from forcing me to be represented by unwanted counsel, when in fact, I never asked for counsel to be appointment for me."

"Each court of appeals or a justice of a court of appeals may issue a writ of mandamus and all other writs necessary to enforce the jurisdiction of the court." Tex. Gov't Code Ann. § 22.221(a). Generally, a writ of prohibition issues to prevent the commission of a future act rather than to compel the trial court to undo some act already performed. *State ex rel. Wade v. Mays*, 689 S.W.2d 893, 897 (Tex. Crim. App. 1985). Although we may issue writs of prohibition to protect and enforce our jurisdiction, courts of appeals do not have general power to issue writs of prohibition. *In re Yates*, 193 S.W.3d 151, 152 (Tex. App .-Houston [1st Dist.] 2006, orig. proceeding). A court of appeals does not have jurisdiction, absent "actual jurisdiction of a pending proceeding" to issue a writ of prohibition. *In re Nguyen*, 155 S.W.3d 191, 194 (Tex. App.—Tyler 2003, orig. proceeding); *see Yates*, 193 S.W.3d at 152. Because we do not have actual jurisdiction at the present over the felony retaliation charge which has yet to be tried, our jurisdiction is limited to mandamus authority. *See Nguyen*, 155 S.W.3d at 194.

Accordingly, relator's petition for writ of prohibition is dismissed for lack of jurisdiction.


PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.
Do Not Publish — Tex. R. App. P. 47.2(b).

2